IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | Case No. 15-CV-2683-SC <br><br> ORDER DENYING PRELIMINARY INJUNCTION AND DISMISSING CASE |

On June 22, 2015, the Court issued a temporary restraining order, seizure order, and order to show cause why a preliminary injunction should not issue.  ECF No. 14.  Plaintiff filed a declaration on June 30, 2015 in support of Plaintiff's application for a preliminary injunction.  ECF No. 15.  Defendants did not file any papers.  A hearing was held on July 2, 2015 where Plaintiff's application for a preliminary injunction was DENIED.  The bond heretofore is exonerated.  The case is hereby DISMISSED.

IT IS SO ORDERED.

Dated: July 2, 2015

_____
UNITED STATES DISTRICT JUDGE